UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/14
```

UNITED STATES OF AMERICA,

       -against-

JOMO WILLIAMS, a/k/a "Ojo" and KHALID BARBEE, a/k/a "Sleazy,"

       Defendants.

13 Cr. 663 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendant Jomo Williams' request for an extension of the trial date is GRANTED. Trial will commence on **May 5, 2014**. The final pre-trial conference scheduled for February 28, 2014 is rescheduled to **April 17, 2014**, at **4:00 p.m.**

    It is ORDERED the time from February 28, 2014 through April 17, 2014, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

    SO ORDERED.

Dated: February 24, 2014
       New York, New York

                              ANALISA TORRES
                           United States District Judge